UNITED STATES v. JOHNSON & FAULKNER.

(Circuit Court, S. D. New York. February 15, 1905.)

No. 3,466.

CUSTOMS DUTIES—CLASSIFICATION—JACQUARD FIGURED GOODS.

*Held,* that silk goods woven on Jacquard looms, with broad and narrow stripes, the body between having a watered effect, are within the provision in Tariff Act July 24, 1897, c. 11, § 1, Schedule L, par. 391, 30 Stat. 187 [U. S. Comp. St. 1901, p. 1670], for "Jacquard figured goods" of silk.

On Application for Review of a Decision of the Board of United States General Appraisers.

For decision below, see G. A. 5,507, T. D. 24,831, which reversed the assessment of duty by the collector of customs at the port of New York on goods imported by Johnson & Faulkner. The opinion filed by the board reads as follows:

DE VRIES, General Appraiser. The merchandise the subject of these protests consists of figured upholstery and drapery fabrics, returned for duty under the provisions of Tariff Act July 24, 1897, c. 11, § 1, Schedule L, par. 387, 30 Stat. 186 [U. S. Comp. St. 1901, p. 1669], at the rates of 90 cents and $1.30 per pound, as woven fabrics of silk in the piece, not specially provided for, according to weight, etc. They are claimed by the protestants to be properly dutiable, under the provisions of paragraph 391 of said act (30 Stat. 187 [U. S. Comp. St. 1901, p. 1670]), at 50 per cent. ad valorem, as Jacquard figured goods in the piece, silk the component material of chief value, which paragraph, in so far as pertinent, provides:

"391. * * * And all Jacquard figured goods in the piece, made on looms, of which silk is the component material of chief value, dyed in the yarn, and containing two or more colors in the filling, fifty per centum ad valorem."

These goods are woven with broad and narrow silk stripes of a satin appearance, between which stripes appears the plain body of the fabric, having a watered effect, and being a grosgrain stripe. Upon the theory that goods woven with this striped and watered design were not "figured," within the provisions of paragraph 391, quoted, return was made that these goods were woven on the Jacquard loom, having two colors in the filling, but not figured. In our opinion, the word "figured" in this connection is used in contradistinction from the word "plain." Goods having a design of any character whatsoever would be figured as opposed to plain.

In view of the fact that the statute suggests no intermediate effects between plain and figured goods, we are of the opinion that it must be assumed that Congress contemplated none such. All goods not plain must be within the description of figured, and these clearly could not be appropriately characterized as plain. Moreover, the paragraph (391) speaks of "Jacquard figured" goods. While all figures are not produced by the Jacquard machine, the converse is true, that it is used solely to produce figures and figured effects, and its employment ex necessitate results in a Jacquard figure, within the meaning of paragraph 391, wherever and whenever employed.

It is admitted by the appraiser in his return that these goods have been manipulated by the Jacquard loom, and for that reason it would seem to follow that the effect produced is a figured effect.

We find from the record in these cases and samples produced that this merchandise consists of upholstery and drapery materials composed in chief value of silk, dyed in the yarn and containing two or more colors in the filling and having figured effects produced by the Jacquard process.

We hold that they are properly dutiable as claimed. The protests are sustained, and the decision of the collector in each case is reversed, with instructions to reliquidate the entries accordingly. G. A. 5,000, T. D. 23,309.

Charles Duane Baker, Asst. U. S. Atty.
W. Wickham Smith, for importers.

WHEELER, District Judge (after stating the facts). These goods fall within paragraph 391 of the act of July 24, 1897, c. 11, § 1, Schedule L, 30 Stat. 187 [U. S. Comp. St. 1901, p. 1670], if they are "Jacquard figured." They appear to have been woven on Jacquard looms, with broad and narrow silk stripes, and with body between having a watered effect. The description is not of figures of any particular style, form, location, or separation. The stripes appear to be separate figures of that form, and with them the goods are not plain, but figured, and, being done on a Jacquard loom, are Jacquard figured.

Decision affirmed.